UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 08CR2562-BTM |
| Plaintiff | ) | 08mj2220 |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| Jose Luis Barbosa-Cardenas, | ) | Booking No. |
| Defendant(s) Et Al | ) | |

On order of the United States District/Magistrate Judge,   **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court).

GERARDO AMADOR - MORALES

DATED: 8/5/8

RECEIVED _____ 
DUSM

**Leo S. Papas**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _____
Deputy Clerk
**J. JARABEK**