# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| JOSE LUIS BARBOSA - CARDENAS, | ) |
| Defendant(s) ET AL | ) |

08CR 2562 - BTM

CRIMINAL NO. 08mj 2220

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District / Magistrate Judge,    **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

EDUARDO CASTILLEJO - CASTILLEJO

DATED: 8/5/8

**Leo S. Papas**

UNITED STATES DISTRICT / MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk

**J. JARABEK**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082